# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

158409 & (35)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SCOTT FRIEDMAN and AMY FRIEDMAN,
     Plaintiffs-Appellees,

v

INSURANCE SERVICES CONSTRUCTION
CORPORATION, d/b/a ISC SERVICES, d/b/a
ISC ONLY CONTENTS,
     Defendant-Appellant.

SC: 158409
COA: 344134
Oakland CC: 2018-163886-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 4, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk

p0116